AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lettow, Charles F. | U.S. Court of Federal Claims | 08/29/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Ct. of Fed. Claims Judge - - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Place, N.W.
Washington, D.C.

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Preisdent and Director | Busy Way Farms, Inc. (Subchapter S farm entity wholly owned by family members; position is not compensated) |
| 2. | Partner | Homestead Partnership (small farm entity wholly owned by family members; position is not compensated) |
| 3. | Executor | Estate of family member |
| 4. | Trustee | Family trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/1993 | Cleary, Gottlieb, Steen & Hamilton reitrement plan with former law firm, no control |
| 2. | | (NOTE: An opinion from the Committee on Codes of Conduct dated June 13, 2003, considers that receipt of the retirement annuity provided under this plan accords |
| 3. | | with the Code of Conduct for United States Judges.) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Cleary, Gottlieb, Steen & Hamilton (retirement annunity) | $732,322.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Busy Way Frams, Inc. | April 14-18, 2016 | Iowa Falls, IA | trip to farms | transportation, meals & lodging |
| 2. | Busy Way Farms, Inc. | June 15-17, 2016 | Iowa Falls, IA | trip to farms | transportation, meals & lodging |
| 3. | Busy Way Farms, Inc. | Aug. 6-8, 2016 | Iowa Falls, IA | trip to farms | transportation, meals & lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | Portfolio Loan Account | O |
| 2. | Pacific Life | Life Policy Loan | O |
| 3. | Morgan Stanley | Portfolio Loan Account | O |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. (H) IRA #1 | | | | | | | | | |
| 2. -Morgan Stanley Bank | A | Interest | | | Distributed | 08/03/16 | J | | See Part VIII |
| 3. -AEE | A | Dividend | | | Distributed | 08/03/16 | K | | See Part VIII |
| 4. -BGS | A | Dividend | | | Distributed | 08/03/16 | K | | See Part VIII |
| 5. -CAT | A | Dividend | | | Distributed | 08/03/16 | J | | See Part VIII |
| 6. -CL | A | Dividend | | | Distributed | 08/03/16 | K | | See Part VIII |
| 7. NGVT | | None | | | Spinoff (from line 9) | 05/19/16 | J | | |
| 8. | | | | | Distributed | 08/03/16 | J | | See Part VIII |
| 9. -WRK | A | Dividend | | | Distributed | 08/03/16 | J | | See Part VIII |
| 10. -SJM | A | Dividend | | | Distributed | 08/03/16 | K | | See Part VIII |
| 11. (H) Brokerage Act. #1 | | | | | | | | | |
| 12. -Morgan Stanley Bank | A | Interest | | | Distributed | 10/13/16 | J | | See Part VIII |
| 13. -COF | A | Dividend | | | Distributed | 9/27/16 | L | | See Part VIII |
| 14. -CL | C | Dividend | | | Distributed | 9/27/16 | M | | See Part VIII |
| 15. -KMI | A | Dividend | | | Distributed | 10/17/16 | J | | See Part VIII |
| 16. -BBT | B | Dividend | | | Distributed | 10/17/16 | L | | See Part VIII |
| 17. -MNK | | None | | | Distributed | 9/27/16 | J | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -MDT | A | Dividend | | | Distributed | 9/27/16 | J | | See Part VIII |
| 19.  -GIS | C | Dividend | | | Distributed | 10/17/16 | M | | See Part VIII |
| 20.  MRK | B | Dividend | | | Distributed | 10/17/16 | K | | See Part VIII |
| 21.  -MMM (3M) | C | Dividend | | | Distributed | 10/17/16 | M | | See Part VIII |
| 22.  -VZ | A | Dividend | | | Distributed | 10/17/16 | K | | See Part VIII |
| 23.  -WFC | B | Dividend | | | Distributed | 10/17/16 | L | | See Part VIII |
| 24.  -JNJ | B | Dividend | | | Distributed | 9/27/16 | L | | See Part VIII |
| 25.  (H) IRA #2 | | | | | | | | | |
| 26.  -Morgan Stanley Bank | A | Interest | J | T | Distributed (part) | 8/3/16 | J | | See Part VIII |
| 27.  -AEE | A | Dividend | K | | Distributed | 8/3/16 | K | | See Part VIII |
| 28.  -BBT | E | Dividend | O | T | | | | | |
| 29.  -BGS | E | Dividend | O | T | Distributed (part) | 08/03/16 | K | | See Part VIII |
| 30.  -CAT | A | Dividend | J | T | Distributed | 8/3/16 | J | | See Part VIII |
| 31.  -CVX | E | Dividend | O | T | | | | | |
| 32.  -CL | D | Dividend | N | T | Distributed (part) | 8/3/16 | K | | See Part VIII |
| 33.  -INGR | D | Dividend | N | T | | | | | |
| 34.  -GE | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -NGVT | | None | J | T | Distributed | 8/3/16 | J | | See Part VIII |
| 36. -WRK | D | Dividend | N | T | Distributed (part) | 8/3/16 | K | | See Part VIII |
| 37. -PKG | E | Dividend | O | T | | | | | |
| 38. -PX | D | Dividend | N | T | | | | | |
| 39. -SJM | D | Dividend | O | T | Distributed (part) | 8/3/16 | K | | See Part VIII |
| 40. -XOM | D | Dividend | M | T | | | | | |
| 41. (H) Brokerage Act. #2 | | | | | | | | | |
| 42. -Morgan Stanley Tax-Free Income Trust | A | Interest | | | Distributed | 10/27/16 | K | | See Part VIII |
| 43. | | | | | Distributed | 10/31/16 | K | | See Part VIII |
| 44. -COF | E | Dividend | | | Distributed (part) | 10/18/16 | N | | See Part VIII |
| 45. | | | | | Distributed | 10/27/16 | N | | See Part VIII |
| 46. -WFC | B | Dividend | | | Sold | 9/2/16 | M | | |
| 47. PEP | D | Dividend | | | Distributed | 01/26/16 | N | | See Part VIII |
| 48. | | | | | Distributed (part) | 10/18/16 | M | | See Part VIII |
| 49. | | | | | Distributed | 10/27/16 | M | | See Part VIII |
| 50. -PKG | E | Dividend | | | Distributed (part) | 10/18/16 | N | | See Part VIII |
| 51. | | | | | Distributed | 10/27/16 | N | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  STR | D | Dividend | | | Distributed | 01/26/16 | N | | See Part VIII |
| 53. | | | | | Sold (part) | 09/02/16 | N | G | |
| 54. | | | | | Sold | 09/21/16 | J | | |
| 55.  -PX | D | Dividend | | | Distributed (part) | 10/18/16 | M | | See Part VIII |
| 56. | | | | | Distributed | 10/27/16 | M | | See Part VIII |
| 57.  -SJM | D | Dividend | | | Distributed (part) | 10/18/16 | M | | See Part VIII |
| 58. | | | | | Distributed | 10/27/16 | M | | See Part VIII |
| 59.  (H) Brokerage Act. #3 | | | | | | | | | |
| 60.  -Morgan Stanley Bank | A | Interest | J | T | Distributed (part) | 10/26/16 | J | | See Part VIII |
| 61.  FITB | A | Dividend | K | T | | | | | |
| 62.  Intentionally left blank | | | | | | | | | |
| 63.  -BBT | | None | N | T | Distributed | 12/20/16 | N | | See Part VIII |
| 64.  -BPT | | None | J | T | Distributed | 12/20/16 | J | | See Part VIII |
| 65.  -CL | | None | N | T | Distributed (part) | 12/20/16 | J | | See Part VIII |
| 66.  XOM | | None | M | T | Distributed | 12/20/16 | M | | See Part VIII |
| 67.  -NGVT | | None | J | T | Spinoff (from line 75) | 05/19/16 | J | | See Part VIII |
| 68.  -KMI | | None | L | T | Distributed | 12/20/16 | L | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PKG | | None | N | T | Distributed | 10/27/16 | N | | See Part VIII |
| 70. -PEP | | None | M | T | Distributed | 10/27/16 | M | | See Part VIII |
| 71. QEP | | None | M | T | Distributed | 12/16/16 | M | | See Part VIII |
| 72. -COF | C | Dividend | O | T | Distributed | 10/27/16 | O | | See Part VIII |
| 73. SJM | B | Dividend | M | T | Distributed | 10/27/16 | N | | See Part VIII |
| 74. LNT | | None | J | T | Distributed | 12/20/16 | J | | See Part VIII |
| 75. -WRK | A | Dividend | J | T | | | | | |
| 76. -PX | B | Dividend | M | T | Distributed | 10/27/16 | M | | See Part VIII |
| 77. -(H) Brokerage Act. #4 | | | | | | | | | |
| 78. -BIF Money Fund (name change from ML Bank Dep. Program) | | None | | | Distributed | 12/20/16 | J | | See Part VIII |
| 79. -LNT | A | Dividend | | | Distributed (part) | 12/20/16 | J | | See Part VIII |
| 80. | | | | | Sold | 12/21/16 | J | | |
| 81. -BPT | B | Royalty | | | Distributed | 12/20/16 | J | | See Part VIII |
| 82. -CL | E | Dividend | | | Distributed (part) | 12/20/16 | O | | See Part VIII |
| 83. | | | | | Sold | 12/21/16 | J | | |
| 84. -XOM | D | Dividend | | | Distributed (part) | 12/20/16 | N | | See Part VIII |
| 85. | | | | | Sold | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BBT | E | Dividend | | | Sold (part) | 11/25/16 | M | D | |
| 87. | | | | | Distributed (part) | 12/20/16 | O | | See Part VIII |
| 88. | | | | | Sold | 12/21/16 | J | | |
| 89. -KMI | D | Dividend | | | Sold (part) | 11/25/16 | J | | |
| 90. | | | | | Distributed (part) | 12/20/16 | M | | See Part VIII |
| 91. | | | | | Sold | 12/21/16 | J | | |
| 92. -(H) Brokerage Act. #5 | | | | | | | | | |
| 93. -PEP | D | Dividend | | | Distributed | 01/26/16 | N | | See Part VIII |
| 94. -QEP | B | Dividend | | | Distributed | 12/16/16 | M | | See Part VIII |
| 95. -STR | D | Dividend | | | Distributed | 01/26/16 | N | | See Part VIII |
| 96. -USAA Money Mkt. Fund | | None | | T | Distributed | 12/16/16 | J | | See Part VIII |
| 97. (H) Trust #1 | | | | | | | | | |
| 98. -Morgan Stanley Bank | A | Interest | L | T | Distributed (part) | 10/26/16 | J | | See Part VIII |
| 99. | | | | | Distributed | 12/21/16 | K | | See Part VIII |
| 100. -MMM (3M) | B | Dividend | M | T | Distributed | 10/25/16 | M | | See Part VIII |
| 101. -BBT | A | Dividend | N | T | Distributed (part) | 10/25/16 | L | | See Part VIII |
| 102. | | | | | Distributed | 12/21/16 | N | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -COF | C | Dividend | O | T | Distributed | 10/25/16 | O | | See Part VIII |
| 104. -CL | | None | O | T | Distributed (part) | 10/25/16 | M | | See Part VIII |
| 105. | | | | | Distributed | 12/21/16 | N | | See Part VIII |
| 106. -GIS | | None | M | T | Distributed | 10/25/16 | M | | See Part VIII |
| 107. -JNJ | A | Dividend | L | T | Distributed | 10/25/16 | L | | See Part VIII |
| 108. -KMI | A | Dividend | M | T | Distributed (part) | 10/25/16 | J | | See Part VIII |
| 109. | | | | | Distributed | 12/21/16 | M | | See Part VIII |
| 110. -MNK | | None | J | T | Distributed | 10/25/16 | J | | See Part VIII |
| 111. -MDT | | None | J | T | Distributed | 10/25/16 | J | | See Part VIII |
| 112. -MRK | | None | K | T | Distributed | 10/25/16 | K | | See Part VIII |
| 113. -PKG | | None | N | T | Distributed | 10/25/16 | N | | See Part VIII |
| 114. -PEP | | None | M | T | Distributed | 10/25/16 | M | | See Part VIII |
| 115. -PX | B | Dividend | M | T | Distributed | 10/25/16 | M | | See Part VIII |
| 116. -SJM | B | Dividend | M | T | Distributed | 10/25/16 | M | | See Part VIII |
| 117. -VZ | | None | K | T | Distributed | 10/25/16 | K | | See Part VIII |
| 118. -WFC | A | Dividend | L | T | Distributed | 10/25/16 | L | | See Part VIII |
| 119. -QEP | | None | M | T | Distributed | 12/16/16 | M | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -LNT | | None | J | T | Distributed | 12/21/16 | J | | See Part VIII |
| 121. -BPT | | None | J | T | Distributed | 12/21/16 | J | | See Part VIII |
| 122. -XOM | | None | M | T | Distributed | 12/21/16 | M | | See Part VIII |
| 123. -Stoneham Partners | A | Interest | P1 | Q | Distributed | 06/12/16 | P1 | | See Part VIII |
| 124. -Vorbeck Materials pfd. stock | | None | N | Q | Distributed | 06/12/16 | N | | See Part VIII |
| 125. -Vorbeck Materials bridge loan | | None | P1 | Q | Distributed | 06/12/16 | P1 | | See Part VIII |
| 126. USAA Money Mkt. Fund | A | Dividend | L | T | | | | | |
| 127. USAA VA Money Market Fund | A | Dividend | J | T | | | | | |
| 128. Mass Mutual Whole Life | A | Interest | | | Redeemed | 09/12/16 | J | | |
| 129. Thrivent Whole Life | A | Distribution | J | U | | | | | |
| 130. USAA Whole Life 1 | B | Distribution | K | U | | | | | |
| 131. USAA Whole Life 2 | B | Distribution | K | U | | | | | |
| 132. Pacific Life Variable (Fixed LT Account) | E | Distribution | O | U | | | | | |
| 133. USAA Subsc. Sav. Act. | A | Distribution | K | U | | | | | |
| 134. Busy Way Farms | E | Int./Div. | O | U | | | | | |
| 135. B&T bank act. | A | Interest | J | T | | | | | |
| 136. Homestead Partnership | A | Distribution | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Stoneham Partners | E | Interest | P1 | U | | | | | |
| 138.  Vorbeck Materials pfd. stock | | None | O | U | | | | | |
| 139.  Vorbeck Materials bridge loan | E | Interest | P1 | U | Buy | 02/09/16 | M | | |
| 140. | | | | | Buy | 03/28/16 | L | | |
| 141. | | | | | Buy | 04/05/16 | M | | |
| 142. | | | | | Buy | 05/24/16 | L | | |
| 143. | | | | | Buy | 07/15/16 | K | | |
| 144. | | | | | Buy | 07/26/16 | L | | |
| 145. | | | | | Buy | 08/17/16 | N | | |
| 146. | | | | | Buy | 10/01/16 | K | | |
| 147. | | | | | Buy | 11/01/16 | L | | |
| 148. | | | | | Buy | 11/16/16 | J | | |
| 149. | | | | | Buy | 11/30/16 | M | | |
| 150. | | | | | Buy | 12/29/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 08/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The estate of a family member retained no assets. All were distributed to a family trust. See Trust #1.

Assets in Trust #1, lines 123, 124 and 125 were appraised 11/29/16.

Regarding Lines 2 through 6, and lines 8, 9, and 10, IRA #1 was transferred to IRA #2, lines 26, 27, 29, 30, 32, 35, 36, and 39. After the transfer, IRA #1 was closed..

Regarding lines 12 through 24, Brokerage Act. #1, assets in the account were first transferred to an estate account on 9/27/16, 10/13/16 or 10/17/16, and then to Trust Act. #1 on 10/25/16, 10/26/16, and 11/2/16, see Trust Act. #1, lines 98, 100, 101, 103, 104, 106, 107, 108, 110, 111, 112, 117 and 118. Brokerage Act. #1 has been closed.

Regarding lines 42 through 58, Brokerage Act. #2, assets in this account were held as tenants in common. Those assets were transferred, upon an equal split, to Brokerage Act. #3, lines 60, 69, 70, 72, 73 and 76 (on 10/27/16), and to Trust Act. #1, lines 98, 103, 113, 115, 116 and 118 (on 10/18, 25 and 27/16). Brokerage Act. #2 has been closed.

Regarding lines 78, 79, 81, 82, 84, 86, and 86, Brokerage Act. #4, assets in this account were held as tenants in common. Those assets were transferred upon an equal split to Brokerage Act. #3, lines 62, 63, 64, 65, 66, 68 and 74 (on 12/20/16), and to Trust Act. #1, lines 99, 102, 105, 109, 120, 121 and 122 (on 12/21/16). Brokerage Act. #4 has been closed.

Regarding lines 93 through 96, Brokerage Act. #5, assets in this account were held as tenants in common. Those assets were transfered partially to Brokerage Act. #2, lines 47 and 52 (on 1/26/16), and then split between Brokerage Act. #3, line 71 (on 12/16/16), and Trust #1, line 119 (on 12/16/16). Brokerage Act. #5 has been closed.

Regarding lines 123 through 125, and 137 through 139, securities were held jointly as tenants in common. One-half was transferred to Trust #1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Charles F. Lettow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544